MURRAY *v.* STATE OF INDIANA ET AL.

[No. 29,108. Filed October 5, 1953.]

*Allen E. Murray, pro se.*

PER CURIAM.—The above named petitioner, appearing *pro se,* files an instrument entitled a petition for writ of habeas corpus. It appears to us, however, to be more in the nature of a petition for a writ to mandate the trial court to vacate, set aside and annul the judgment of conviction rendered against him in the trial court. The petition wholly fails to comply with Rule 2-35 of this court, and the issuance of a writ is therefore denied.

NOTE.—Reported in 114 N. E. 2d 639.